# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.  |
| **Plaintiff,** | JUDGE |
| v. | |
| **DAVONTA TYQUAN FLOOD,** | **INDICTMENT** |
| **a/k/a DEVONTA TYQUAN FLOOD,** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| **Defendant.** | |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about June 3, 2026, in the Southern District of Ohio, the defendant, **DAVONTA TYQUAN FLOOD**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Taurus Judge, .45 caliber revolver, bearing serial number KR241569, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of Count One are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **DAVONTA TYQUAN FLOOD**, shall forfeit to the United States his interest in any

firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Taurus Judge, .45 caliber revolver, bearing serial number KR241569; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

/s/ foreperson

**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**